■ In the Matter of HENRY H. RICE et al., Doing Business as SHERLYLE

PROPERTIES COMPANY, Appellants-Respondents, v ROBERT SROGI, as Commissioner of Assessment of the City of Syracuse, Respondent-Appellant. (Proceeding No. 4.) (And Another Proceeding.)—Order and judgment unanimously modified, on the law and facts, and, as modified, affirmed, in accordance with same memorandum as in *Matter of Rice v Srogi,* (70 AD2d 764). (Appeals from order and judgment of Onondaga Supreme Court—tax certiorari.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Witmer, JJ.